Ac

FILED

AUG 27 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court )

Ali Nadzhafaliyev ) Case No: 19 C 2590
    Plaintiff )
     )
v. )
     )
Daniel Dyslin et al ) Judge: Sharon Coleman
    Defendants )

## Memorandum In Support of In Forma Pauperaus Application

Now Comes Ali Nadzhafaliyev ("Plaintiff"), with no legal training, a refugee from the former USSR and submits the instant filing and in support thereof states the following:

1: The court's order dated 7-19-19 critizes Plaintiff's IFP form for not disclosing how his lodging and meals are supplied.

2: Plaintiff's command of the English language is limited and Plaintiff did not see an area on the form provided by this court asking about lodging and Meals.

3: Plaintiff respectfully objects to the court's apparent heightened standards.

4: Plaintiff receives approximately $200.00 per month on a link card provided by the federal governments

Supplemental Nutrition Assistance Program. These funds can only be used at specific locations for the purpose of purchasing groceries.

5: Plaintiff lives with an elderly family member who offers Plaintiff lodging. Plaintiff cleans and performs other domestic chores as an expression of gratitude for the lodging

6: Insofar that Plaintiff receives federal assistance for food, Plaintiff does not receive the same cash gifts he received while at the EMHC.

7: Plaintiff has applied for Social Security Disability income and the application is pending

8: Plaintiff is unemployed and has no income. Plaintiff has no knowledge of his Family Members financial status.

9: Plaintiff apologizes to the court for any inconvenience the prior incomplete forms may have caused.

10: Plaintiff prays the instant filing addresses the Courts concerns and questions

Respectfully Submitted

Ali Nadg
Ali Nadzhafaliyev

8-22-2019
Date