# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ali Nadzhafaliyev,

Plaintiff(s),

v.

Daniel Dyslin et al,

Defendant(s).

Case No. 19 CV 2590
Judge Nadzhafaliyev v. Dyslin et al

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed without prejudice for Plaintiff's failure to comply with the Court's orders and for failure to effectuate service of process.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman.


Date: 12/10/2019                               Thomas G. Bruton, Clerk of Court

                                               Yvette Montanez, Deputy Clerk