Ali Nadzhafaliyev
2713 West Summerdale Ave
Apt 1S
Chicago, Illinois 60625
312-392-7697

FILED
AUG 18 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

8-4-20

To:

Clerk of District Court
219 S. Dearborn
Chicago Illinois 60604

Re: Third Attempt Process Service Case 19 CV 2590

Clerk,
 It is with great discouragement that for the third time I am sending you the Enclosed Process Service forms. I do Not know if I have been very unlucky with Mail Service or Am filling out the forms incorrectly. My last Attempt I wrote a letter to you asking if the forms were correctly filled out. I am a refugee and English is Not My Primary language. I Rely on others to Assist Me in Drafting My legal Documents. Please inform me of Any errors so I can Correct them and Move forward with the case

Respectfully Submitted

Ali Nadzhafaliyev